**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o O.L.,<br><br>Plaintiff(s),<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY; ABC CORP. (1-10) (Said names being fictitious and unknown entities)<br><br>Defendant(s), | CIVIL ACTION NO.: 2:13-cv-02460<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed that all claims against Bristol-Myers Squibb Company in the above-captioned matter are hereby dismissed without costs against any parties with prejudice.

Massood & Bronsnick, LLC

/s/ Andrew R. Bronsnick

Andrew R. Bronsnick, Esq.
*Attorneys for Plaintiff*

Lowenstein Sandler, PC

/s/ David M. Wissert

David M. Wissert, Esq.
*Attorney for Defendant*

Dated: May 30, 2013